USDC SCAN INDEX SHEET










```
JAH     6/2/06    15:50
3:03-CV-02355    CIMCORE CORPORATION V. FARO TECHNOLOGIES
*314*
*APPL.*
```

**ORIGINAL**

| | |
|---|---|
| James B. Bear (Bar No. 43,816)<br>Brenton R. Babcock (Bar No. 162,120)<br>J. David Evered (Bar No. 215,974)<br>Philip M. Nelson (Bar No. 229,225)<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502 | FILED<br><br>2006 MAY 31  PM 4:04<br><br>[clerk stamp]<br><br>BY_____ DEPUTY |

Attorneys for Plaintiffs/Counterdefendants
CIMCORE CORPORATION, ROMER, INC., HOMER EATON,
and HEXAGON METROLOGY, AB

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIMCORE CORPORATION, a California corporation, ROMER, INC., a California corporation, HOMER EATON, an individual, and HEXAGON METROLOGY, AB, a Swedish limited liability company,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FARO TECHNOLOGIES, INC., a Florida corporation,<br><br>　　　　Defendant.<br>_____<br>FARO TECHNOLOGIES, INC., a Florida corporation,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>CIMCORE CORPORATION, a California corporation, ROMER, INC., a California corporation, HOMER EATON, an individual, and HEXAGON METROLOGY, AB, a Swedish limited liability company,<br><br>　　　　Counterdefendants. | Civil Action No.<br>03-CV-2355 B(WMc)<br><br>**NOTICE OF APPLICATION AND APPLICATION TO FILE UNDER SEAL PLAINTIFFS' CONFIDENTIAL DECLARATION OF BRENTON R. BABCOCK AND CONFIDENTIAL REPLY TO DEFENDANT'S (1) MOTION TO RE-OPEN DISCOVERY; (2) MOTION TO AMEND THE PLEADINGS; (3) MOTION TO AMEND FARO'S EXPERT REPORTS; AND (4) MOTION FOR OTHER RELIEF**<br><br>Hon. William McCurine, Jr.<br><br>**SPECIAL BRIEFING SCHEDULE** |

03-CV-2355 B(WMc)　　　　　　　　　　　　　　　Notice of App. to File Under Seal

314 NAH

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff/Counterdefendants, Cimcore Corporation, Romer, Inc., Homer Eaton, and Hexagon Metrology, AB (collectively "Romer") hereby seeks an Order of this Court authorizing Romer to file the following documents under seal:

> 1. Plaintiffs' Confidential Reply To Defendant's (1) Motion To Re-Open Discovery; (2) Motion To Amend The Pleadings; (3) Motion To Amend Faro's Expert Reports; and (4) Motion For Other Relief; and
>
> 2. Confidential Declaration of Brenton R. Babcock In Support of Plaintiffs' Reply To Defendant's (1) Motion To Re-Open Discovery; (2) Motion To Amend The Pleadings; (3) Motion To Amend Faro's Expert Reports; and (4) Motion For Other Relief

The foregoing documents contain information identified by the parties as Confidential-Attorneys Eyes Only under the Protective Order in this case. Accordingly, Romer believes that the foregoing documents should be filed under seal in order to maintain the confidentiality of the information contained therein.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 31, 2006    By: _____
James B. Bear
Brenton R. Babcock
J. David Evered
Philip M. Nelson
Attorneys for
Plaintiffs/Counterdefendants
CIMCORE CORPORATION, ROMER, INC.,
HOMER EATON and HEXAGON METROLOGY, AB

-1-

03-CV-2355 B(WMc)    Notice of App. to File Under Seal

## PROOF OF SERVICE

I am a citizen of the United States of America, and I am employed in the offices of the law firm of Knobbe, Martens, Olson & Bear, LLP in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Irvine, California 92614. On May 31, 2006 I served the **NOTICE OF APPLICATION AND APPLICATION TO FILE UNDER SEAL** on the parties or their counsel shown below, by placing a true copy thereof in a sealed envelope addressed as follows:

**Via Federal Express and E-mail:**

> Gerald L. McMahon
> Richard A. Clegg
> **SELTZER CAPLAN McMAHON**
> 750 B Street, Suite 2100
> San Diego, CA 92101
> Telephone (619) 685-3003
> Facsimile (619) 685-3100
>
> William J. Cass
> Daniel E. Bruso
> **CANTOR COLBURN LLP**
> 55 Griffin Road South
> Bloomfield, CT 06002
> Telephone (860) 286-2929
> Facsimile (860) 286-0115

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 31, 2006, at Irvine, California.

_____
Anokhi Destiche

2638386
053006

-2-

03-CV-2355 B(WMc)                              Notice of App. to File Under Seal