1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 CIMCORE CORPORATION, a California )      Civil No: 03 CV 2355-B(WMC)
Corporation, ROMER INC., a California )
13 Corporation, HOMER EATON, an        )
individual, and HEXAGON              )      **ORDER GRANTING-IN-PART**
14 METROLOGY AB,                        )      **AND DENYING-IN-PART**
                                       )      **PLAINTIFF'S MOTION** *IN*
15                    **Plaintiff,**        )      *LIMINE* **NO.2 TO EXCLUDE**
v.                                     )      **FARO'S EXPERT WITNESS**
16                                       )      **FROM TESTIFYING ABOUT**
FARO TECHNOLOGIES, INC., a Florida )      **CERTAIN MATTERS**
17 Corporation,                         )
                                       )
18                    **Defendant.**        )
19 _____

20

21

22         Plaintiff brought motion in limine No.2 to exclude Defendant's expert Dr. Sidman

23 from testifying about a) motivation or suggestion to combine references presented in his

24 expert report, and b) any alleged prior art about which he had not provided an opinion in

25 his expert report or supplemental report. The Court now designates these as motions in

26 limine Nos. 2(a) and 2(b), respectively.  The motions were initially heard on June 19, 2006.

27 A second hearing was held on October 12, 2006 by telephonic conference.

28
                                            1

1    As a result, the Court DENIES motion in limine No. 2(a) and **GRANTS** motion in

2    limine No. 2(b).

3

4    **IT IS SO ORDERED**

5

6    DATED:  October 13, 2006

7

8

9

10                                          Hon. Rudi M. Brewster

11                                          United States Senior District Judge

12   cc:  Hon. William McCurine Jr.

13         United States Magistrate Judge

14

15         All Counsel of Record

16

17

18

19

20

21

22

23

24

25

26

27

28

03CV2355-B (WMC)